UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                    Chapter  13

MARYANN G BEHRENDT                          Case No. 19-71033-LAS

                    Debtor(s)
-------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

26 Stephani Avenue, East Patchogue, NY 11772
_____
                    *[Identify the Property]*
4357
_____
                       *[Loan Number]*
Wells Fargo Hm Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701-0000
_____
              *[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: S/Maryann G Behrendt          Date: February 12          , 2019

Print Name: Maryann G Behrendt
                    *[First and Last Name]*
Telephone Number: _____
                    *[i.e. 999-999-9999]*
E-mail Address [if any]: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re

          MARYANN G BEHRENDT

                        BANKRUPTCY

                        CASE NO. 19-71033-LAS
                        AFFIDAVIT OF SERVICE

          DEBTOR.
-----------------------------------------------------------X
STATE OF NEW YORK)
                          ) ss.:
COUNTY OF SUFFOLK)

Kathryn M. Fountis, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides in Bellport, New York 11713.

On February 12, 2019, I served a copy of the LOSS MITIGATION REQUEST - BY DEBTOR on all persons in interest in this Proceeding by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the USPS within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor: on all persons in interest in this Proceeding, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor:

Wells Fargo Hm Mortgage
8480 Stagecoach Circle
Frederick MD 21701-0000


Woods, Oviatt & Gilman
700 Crossroads Building
2 State Street, 6th Floor
Rochester, NY 14614



                                       /S KATHRYN M. FOUNTIS
                                       Kathryn M. Fountis

12th day of February, 2019
/S Richard Jacoby
NOTARY PUBLIC