# JACOBY & JACOBY

Attorneys at Law
1737 North Ocean Avenue
Medford, New York   11763
TEL: 1(631) 289-4600
FAX: 1(631) 654-5095

Melvyn L. Jacoby
Richard A. Jacoby
————————
Douglas P. Blumenthal
Christine M. Schibani
Susan M. Ulrich

April 1, 2019

Courtroom Deputy of
Judge Louis Scarcella
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722-9013

Debtor(s):          MaryAnn Behrendt
Case No.:           8-19-71033-las

Dear Sir or Madam:

Please be advised that we are hereby terminating are request for loss mitigation on the property known as 26 Stephani Ave., E. Patchogue. The matter is scheduled for a Hearing on April 2, 2019 at 10:00 a.m. Kindly mark this matter off the Court's calender.

Very truly yours,
**JACOBY & JACOBY, ESQS**.

By: /S RICHARD A. JACOBY
        RICHARD A. JACOBY

RAJ/hb
cc Woods, Ovaitt, etal